IN THE UNITED STATES DISTRICT COURT

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

FOR THE SOUTHERN DISTRICT OF GEORGIA 2017 MAR -1 A 10: 55

DUBLIN DIVISION

CLERK ___JBurton___
SO. DIST. OF GA.



| | |
|---|---|
| ROBERT WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>DONOVAN HAMILTON, Warden of Care and Treatment; WILLIE RUFFIN, Warden of Security; and VANCE LAUGHLIN, Head Warden,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CV 316-091<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted, and **CLOSES** this civil action.

SO ORDERED this 1st day of March ,2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE